FILED
11/15/19 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Courtney M. Losser<br>                          Debtor | |
| RoundPoint Mortgage Servicing Corporation | BK. NO. 19-10911 TPA |
|                           Movant<br>           v.<br>Courtney M. Losser<br>                          Respondent<br>           and<br>Tamera O. Rothschild, Trustee<br>                          Additional Respondent | CHAPTER 7<br><br>Rel to Doc No. 19 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

     AND NOW, this    15th    day of   November, 2019,  upon Motion of RoundPoint Mortgage Servicing Corporation, it is

     **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 318 West Jefferson Street, Butler, PA 16001 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge
fjm

Courtney M. Losser
278 Creek Drive
New Bethlehem, PA 16242

Sharon L. Smith, Esq.
197 Main Street
Brookville, PA 15825
slsmith1@alltel.net

Tamera O. Rothschild
318 W. Spring Street
Titusville, PA 16354
trothschild@gmx.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

```
In re:                                                      Case No. 19-10911-TPA
Courtney M. Losser                                          Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: bsil              Page 1 of 1          Date Rcvd: Nov 15, 2019
                               Form ID: pdf900         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Courtney M. Losser,    278 Creek Drive,    New Bethlehem, PA 16242-8316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sharon L. Smith    on behalf of Debtor Courtney M. Losser slschmedler@gmail.com,
               slschmedler@gmail.com
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                             TOTAL: 4
```